JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio Fernandez,<br><br>          Plaintiff,<br><br>     v.<br><br>Siam Minh Corporation, a California Corporation; and Does 1-10,<br><br>          Defendants. | Case No. 2:20-cv-9484-MWF (ASx)<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting In Part Plaintiff's Motion for An Awards Of Attorney's Fees (Docket No. 35) and pursuant to Rules 54(b) and 58(b)(2) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment be entered in favor of Plaintiff Antonio Fernandez, and against Defendant Siam Minh Corporation, only as follows:

**Attorneys' Fees and Costs**

Pursuant to 42 U.S.C. § 12205, Plaintiff is awarded attorneys' fees against

1

Defendant in the amount of **$4,950.00**.

Pursuant to 28 U.S.C. § 1920, Plaintiffs are further awarded costs in the amount of **$2,141.75.00**.

Accordingly, judgment is entered in favor of Plaintiff Antonio Fernandez and against Defendant Siam Minh Corporation, for attorneys' fees and costs in the total amount of **$7,091.75**.

In light of the Notice of Settlement filed on June 16, 2021 (Docket No. 26), and this Judgment, the Court's Order to Show Cause re Dismissal is hereby **DISCHARGED** and the action is **DISMISSED** *with prejudice*.

Dated:  September 28, 2022

MICHAEL W. FITZGERALD
United States District Judge

2